IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE O'MALLEY,

    Plaintiff,

v.

SUNDANCE VACATIONS, INC.,

    Defendant.

3:17-CV-1419
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 14th DAY OF NOVEMBER, 2017, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint, (Doc. 14), and Defendant's Concurrence therewith, (Doc. 14-3), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Leave to File Second Amended Complaint, (Doc. 14), is **GRANTED**.

2. Plaintiff shall file its Amended Complaint, previously filed as an attachment to Plaintiff's Motion for Leave to File Second Amended Complaint, (Doc. 14-1), **within 5 days of the date of this Order**.

3. Defendant's Motion to Dismiss, (Doc. 10), is **DISMISSED AS MOOT**.

Robert D. Mariani
United States District Judge