IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE O'MALLEY, | : | |
| Plaintiff, | : | |
| v. | : | NO. 17-CV-01419 |
| SUNDANCE VACATIONS, INC., | : | JUDGE MARIANI |
| Defendant. | : | ELECTRONICALLY FILED |

**DEFENDANT'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant makes the following disclosures:

Plaintiff's employer was Dowd Marketing, Inc. which is misidentified in the caption as Sundance Vacations, Inc. [1]

---

[1] Plaintiff has sought concurrence in a stipulation to amend the caption to substitute the proper employer. Defendant has no objection to such a request.

Dowd Marketing, Inc. is privately held and there is no publicly held parent corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh

Attorneys for Defendant

Myers, Brier & Kelly, L.L.P.
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date: April 30, 2018

# CERTIFICATE OF SERVICE

I, Donna A. Walsh, hereby certify that a true and correct copy of the foregoing Disclosure Statement was served upon the following counsel of record via the Court's ECF system on this 30th day of April, 2018:

George R. Barron, Esquire
88 North Franklin Street
Wilkes-Barre, PA 18701

/s/ Donna A. Walsh