IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE O'MALLEY<br>   Plaintiff | : | JURY TRIAL DEMANDED |
| vs. | : | |
| | : | CASE NO.: 3:17-cv-01419-RDM |
| SUNDANCE VACATIONS, INC.<br>   Defendant | : | |

## ORDER SUBSTITUTING DEFENDANT

Before the Court is the Amended Stipulated Motion for Correction of Defendant. Having considered the Stipulated Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that Dowd Marketing, Inc. be substituted in place of Defendant Sundance Vacations, Inc. in this matter. Plaintiff's claims against Dowd Marketing, Inc. shall relate back to the date of the initial Complaint. The case caption in this matter will hereby reflect this party substitution.

_____
MARIANI, J     6/26/18