THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE O'MALLEY, :
:
Plaintiff, :
v. : 3:17-CV-1419
: (JUDGE MARIANI)
DOWD MARKETING, INC., :
:
Defendant. :

## ORDER

AND NOW, THIS 3rd DAY OF DECEMBER, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 46) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 46) is **ADOPTED** for the reasons set forth therein.

2. Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 26) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff's FMLA interference claims (Count I; Count III). Count I and Count III of Plaintiff's Third Amended Complaint are **DISMISSED**.

    b. Defendant's Motion to Dismiss is **DENIED** in all other respects.

Robert D. Mariani
United States District Judge