IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE O'MALLEY, | : | CIVIL NO. 3:17-CV-1419 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | (Magistrate Judge Saporito) |
| SUNDANCE VACATIONS, INC., et al., | : | |

ORDER

AND NOW, this 17th day of November, 2020, upon consideration of the Doc. 81 request of counsel for defendant Dowd Marketing, Inc., **IT IS HEREBY ORDERED THAT** John and Tina Dowd shall be permitted to participate in the November 23, 2020, settlement conference by telephone.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge