THE UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF PENNSYLVANIA

EUGENE O'MALLEY,

    Plaintiff,

vs.

DOWD MARKETING, INC.,

    Defendant.

: CIVIL ACTION NO. 3:17-CV-1419
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 21st DAY OF JANUARY 2021, upon consideration of Plaintiff's Motion for Extension of Time for Reinstatement (Doc. 90) **IT IS HEREBY ORDERED THAT**:

1. The Motion for Extension of Time for Reinstatement (Doc. 90) is **GRANTED**;

2. The reinstatement period is extended to **February 22, 2021**;

3. Either party may reinstate the action, upon good cause shown, no later than February 22, 2021, if settlement is not consummated;

4. Failure of a party to file a motion for reinstatement, or a motion for extension of time to consummate the settlement, by February 22, 2021, will result in the automatic conversion of this dismissal from one without prejudice to on with prejudice.

Robert D. Mariani
United States District Judge